UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Tammy Crawford v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11333-DRH-PMF |
| *Teresa Dellinger, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10722-DRH-PMF |
| *Sabrina Eye, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10182-DRH-PMF |
| *Victoria Reynolds v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-12076-DRH-PMF |
| *Charlsie Stephenson,* by and through her *Next Friend Laurie Stephenson* ***v. Bayer HealthCare Pharmaceuticals Inc., et al.*** | No. 3:11-cv-10743-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 2, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:    /s/*Sara Jennings*
**Deputy Clerk**

Dated:  April 4, 2013

Digitally signed by
David R. Herndon
Date: 2013.04.04
10:48:48 -05'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT